JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

STEPHANIE ILENE LAZARUS,

               Petitioner,

   v.

MOLLY HILL, Warden,

              Respondent.

Case No. 5:18-cv-00718-VBF-MAA

**JUDGMENT**

    Final judgment is hereby entered in favor of the respondent warden and against petitioner Stephanie Ilene Lazarus.  IT IS SO ADJUDGED.

DATED:  April 22, 2021

/s/ Valerie Baker Fairbank

Hon. VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE